

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Parks E. McMichael
County Attorney
Cass County
Linden, Texas

Dear Sir:

Opinion No. O-1215
Re: Fees for election judges
in common school district
bond election.

We are in receipt of your letter of July 31, 1939 requesting our opinion upon the following question:

"What fees would the judges and clerks
be entitled to receive for their services
for holding an election involving the ques-
tion of the issuance of bonds in a common
school district?"

Article 2784 et seq., Revised Civil Statutes, 1925,
provides for the issuance of bonds, levy of taxes and holding
elections to authorize same in school districts.

Article 2785, Revised Civil Statutes, 1925, provides
in part as follows:

"Before an election is held to determine
the proposition of the levy of said tax, or
the issuance of such bonds, a petition therefor
signed by twenty (20) or more, or a majority
of those entitled to vote at said election,
shall be presented to the county judge of the
county, if a common school district, * * *.
* * *; and said election shall be held and
conducted as provided by law for general elec-
tions, except as provided herein."

Article 2793, Revised Civil Statutes, 1925, provides
as follows:

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

"The county judge shall appoint a presiding officer for each voting place to hold any such election in common school districts; and shall prepare the ballots for such elections, and the county shall bear the expense of having them printed. All polls for school district elections shall be opened at eight o'clock a. m., and shall be closed at six o'clock p. m. and none of the officers holding such election shall be entitled to compensation therefor. Any person may challenge a voter; but if the challenged party takes an oath that he is a qualified voter of the State and county, and that he is a resident property taxpayer in said district, he shall be entitled to vote."

It was held by this department in an opinion dated July 10, 1931, by Assistant Attorney General Scott Gaines addressed to Honorable L. P. Heard, that Article 2793 is applicable to bond elections in common school districts and none of the persons holding such elections are entitled to compensation therefor. We find no reason why such opinion should not be followed.

It is, therefore, our opinion that judges and clerks in an election involving the question of the issuance of bonds in a common school district are not entitled to receive any fees for their services for holding such election.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _Cecil C. Cammack_
Cecil C. Cammack
Assistant

APPROVED
OPINION COMMITTEE
BY _____
CHAIRMAN

CCC:RS

APPROVED AUG 9, 1939

_Gerald C. Mann_

ATTORNEY GENERAL OF TEXAS